LAW OFFICE OF MARILYN KAPLAN
MARILYN KAPLAN, State Bar No. 087079
115 Alvarado Road
Berkeley, CA 94705
Telephone: (510) 845-3500
Telecopier: (510) 845-3589

Attorney for Defendant
COLUMBIA COLLEGE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY GOEHRING,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA COLLEGE<br><br>    Defendant. | **Case No. 1:10-CV-00733-LJO-DLB**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER** |

    Defendant Columbia College was served with the Complaint in the above captioned matter on May 16, 2010.

    It is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the time for Defendant to file a response to the Complaint shall be extended to and including July 22, 2010.

    There is, and would be, no evident prejudice to any party nor the Court by this agreed upon extension. Therefore the parties respectfully request that this Honorable Court approve the

///

///

///

///

1  extension of time for Defendant to file a response to the Petition and Complaint to and including
2  July 22, 2010.

4  Dated: July 13, 2010					LAW OFFICE OF MARILYN KAPLAN

6									/s/ Marilyn Kaplan
									Marilyn Kaplan
									Attorney for Defendant

8  Dated: July 13, 2010					LOUGHREY & ASSOCIATES

10									/s/ Tamara Loughrey (as authorized on 7/13/2010)
									Tamara Loughrey
									Attorney for Plaintiff

		IT IS SO ORDERED.

		Dated:   **July 13, 2010**			**/s/ Dennis L. Beck**
									UNITED STATES MAGISTRATE JUDGE