LAW OFFICE OF MARILYN KAPLAN
MARILYN KAPLAN, State Bar No. 087079
115 Alvarado Road
Berkeley, CA 94705
Telephone: (510) 845-3500
Telecopier: (510) 845-3589

Attorney for Defendant
COLUMBIA COLLEGE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY GOEHRING,               )   **Case No. 1:10-cv-00733-LJO-MJS**
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )   **STIPULATION AND ORDER**
                                )   **CONTINUING SETTLEMENT**
COLUMBIA COLLEGE,               )   **CONFERENCE TO**
                                )   **JANUARY 28, 2011 AT 9:30 A.M.**
    Defendant.                  )
                                )

    At the request of the parties, a settlement conference was originally set before Magistrate Judge Dennis L. Beck for November 2, 2010 at 9:30 am.  On September 13, 2010, this case was reassigned from Magistrate Judge Beck to Magistrate Judge Michael J. Seng.  Following the reassignment, the settlement conference was reset for November 18, 2010, before Magistrate Judge Seng.  Later the setting was vacated and an amended minute order was issued setting the settlement conference for November 18, 2010 at 1:30 pm.

    The parties have met and conferred and it is hereby stipulated and agreed by and between the parties through their respective counsel that the settlement conference be postponed to January 28, 2010.  There is, and would be, no evident prejudice to any party or the Court by this agreed-upon postponement.

///

1  The parties therefore respectfully request that this Honorable Court order that the settlement
2  conference be continued until January 28, 2010 at 9:30 a.m.

3

4  Dated: November 5, 2010                    LAW OFFICE OF MARILYN KAPLAN

5
                                              /s/ Marilyn Kaplan
6                                             Marilyn Kaplan
                                              Attorney for Defendant
7

8
   Dated: November 5, 2010                    LOUGHREY & ASSOCIATES
9

10                                            /s/ Tamara Loughrey (as authorized on
                                              11/5/2010)
11                                            Tamara Loughrey
                                              Attorney for Plaintiff
12

13                              **ORDER**

14

15

16  IT IS SO ORDERED.

17  Dated:   November 8, 2010         /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR POSTPONEMENT OF SETTLEMENT
CONFERENCE                                                                       2