LAW OFFICE OF MARILYN KAPLAN
MARILYN KAPLAN, State Bar No. 087079
115 Alvarado Road
Berkeley, CA 94705
Telephone: (510) 845-3500
Telecopier: (510) 845-3589

Attorney for Defendant
COLUMBIA COLLEGE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY GOEHRING,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA COLLEGE,<br><br>    Defendant. | **Case No. 1:10-CV-00733-LJO-MJS**<br><br>**STIPULATION AND ORDER FOR POSTPONEMENT OF SETTLEMENT CONFERENCE** |

    At the request of the parties, a settlement conference was originally set before Magistrate Judge Michael J. Seng for January 28, 2011 at 9:30 am.

    The parties have met and conferred and it is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the settlement conference be postponed to March 31, 2011.  This stipulation is required because counsel for the Plaintiff is limited in her ability to work due to her ongoing battle with cancer and has current trial commitments. This stipulation is also required because counsel for the Defendant will be having surgery on December 16, 2010.  The expected recovery period is 6-8 weeks, resulting in Defendant's counsel not being able to attend the Settlement Conference on January 28, 2011.

///

///

1  There is, and would be, no evident prejudice to any party nor the Court by this agreed upon
2  postponement. Therefore the parties respectfully request that this Honorable Court order the
3  postponement of the settlement conference to March 31, 2011.

4

5  Dated: December 8, 2010                         LAW OFFICE OF MARILYN KAPLAN

6
7                                                 /s/ Marilyn Kaplan
                                                  Marilyn Kaplan
                                                  Attorney for Defendant
8
9
10 Dated: December 8, 2010                        LOUGHREY & ASSOCIATES

11                                                /s/ Tamara L. Loughrey
                                                  Tamara L. Loughrey
12                                                Attorney for Plaintiff

13

14

15                                         **ORDER**

16 Good cause appearing, the Settlement Conference originally scheduled for January 28, 2011,
17 shall be and hereby is  continued to March 31, 2011, at 1:30 PM in Courtroom  6 of this court.

18

19 IT IS SO ORDERED.

20 Dated:    December 9, 2010            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR POSTPONEMENT OF SETTLEMENT
CONFERENCE                                                                       2