Mandy G. Leigh
Sarah J. Fairchild
LEIGH LAW GROUP
870 Market Street, Suite 1161
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:      415-399-9608
Email: mleigh@leighlawgroup.com

*Attorneys for Plaintiff Z. Goehring*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. GOEHRING,<br><br>          Plaintiff,<br><br>   v.<br><br>COLUMBIA COLLEGE,<br><br>          Defendant. | Case No.  1:10-CV-00733-LJO-MJS<br><br>SUBSTITUTION OF ATTORNEY FOR PLAINTIFF AND ORDER THEREON |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

        Plaintiff Z. GOEHRING hereby substitutes Mandy G. Leigh of Leigh Law Group, located at 870 Market Street, Suite 1161, San Francisco, California 94102 as their attorney of record in the

1   above-referenced action in place of Tamara L. Loughrey, Esq. of Loughrey & Associates, 220 4th

2   Street, Suite 103, Oakland, California 94607.

3

4

5   DATED:  January __6__, 2011            _____/s/ Sally Goehring_____
                                        Sally Goehring

6

7

8   DATED:  January __6__, 2011             _____/s/ Zachary Goehring_____
                                        Zachary Goehring

9

10        I ACCEPT THIS SUBSTITUTION.

11

12

13   DATED:  January __10__, 2011          LEIGH LAW GROUP

14

15

16                               BY:____/s/ Mandy Leigh_____
                                          Mandy G. Leigh, Attorney for

17                                          Plaintiff Z. Goehring

18

19        I CONSENT TO THE ABOVE SUBSTITUTION.

20

21   DATED:  January __7__, 2011            LOUGHREY & ASSOCIATES

22

23

24                                 BY:___/s/ Tamara Loughrey_____
                                          Tamara Loughrey, Attorney for

25                                          Plaintiff Z. Goehring

26   ////

27   ////
      ////

**ORDER**

1

2

      Based on the foregoing consent of the parties and counsel, the Court ORDERS that

3

attorney Mandy G. Leigh of Leigh Law Group be substituted as counsel for Plaintiffs in place of

4

Tamara L. Loughrey, Esq. of Loughrey & Associates.

5

6

7

8

IT IS SO ORDERED.

9

10

   Dated:   March 30, 2011          /s/ *Michael J. Seng*

11

                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27