Mandy G. Leigh
Sarah J. Fairchild
LEIGH LAW GROUP
870 Market Street, Suite 1161
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:      415-399-9608
Email: mleigh@leighlawgroup.com

*Attorneys for Plaintiff Z. Goehring*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. GOEHRING,<br><br>    Plaintiff,<br><br> v.<br><br>COLUMBIA COLLEGE,<br><br>    Defendant. | **Case No.  1:10-CV-00733-LJO-MJS**<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Plaintiff Z. GOEHRING and Defendant COLUMBIA COLLEGE stipulate to a continuance of the Settlement Conference set for March 31, 2011 until May 19, 2011 at 1:30 PM or such other time as ordered by the Court.

DATED: March 30, 2011

              LEIGH LAW GROUP


              BY: /s/ Mandy Leigh
                Mandy G. Leigh, Attorney for
                Plaintiff Z. Goehring


DATED: March 30, 2011      LAW OFFICES OF MARILYN KAPLAN


              BY: /s/ Marilyn Kaplan
                Marilyn Kaplan, Attorney for Defendant
                COLUMBIA COLLEGE


**ORDER**


IT IS SO ORDERED.

  Dated: March 30, 2011      /s/ *Michael J. Seng*
                UNITED STATES MAGISTRATE JUDGE