LAW OFFICE OF MARILYN KAPLAN
MARILYN KAPLAN, State Bar No. 087079
115 Alvarado Road
Berkeley, CA 94705
Telephone: (510) 845-3500
Telecopier: (510) 845-3589

Attorney for Defendant
COLUMBIA COLLEGE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY GOEHRING                     )   Case No. 1:10-CV-00733-LJO-DLB
                                     )
       Plaintiff,                    )
                                     )
  v.                                 )
                                     )   **AMENDED STIPULATION AND**
                                     )   **ORDER FOR POSTPONEMENT OF**
COLUMBIA COLLEGE                     )   **SETTLEMENT CONFERENCE**
                                     )
       Defendant.                    )
                                     )

    At the request of the parties, a settlement conference was originally set before Magistrate Judge Michael J. Seng for May 19, 2011 at 1:30 pm.

    The parties met and conferred and stipulated through their respective counsel that the settlement conference be postponed to June 21, 2011. This stipulation was filed with the court on May 6, 2011. On May 13, 2011, the court issued a minute order vacating the settlement conference set for May 19, 2011.

    However, because the court will not be available the week of June 20-24, the parties were directed to file an amended stipulation and proposed order with a date cleared by Courtroom Deputy L. Yu in Yosemite no later than May 19, 2011. By email on May 18, 2011, Ms. Kaplan asked Ms. Yu to confirm the court's availability on July 14, 2011, the date agreed to by the parties. By email response on May 18, 2011, Ms. Yu confirmed the court's availability on July 14, 2011.

1     There is, and would be, no evident prejudice to any party nor the Court by this agreed
2 upon postponement. Therefore the parties respectfully request that this Honorable Court order
3 the postponement of the settlement conference to July 14, 2011 at 1:30 pm.

5 Dated: May 18, 2011                    LAW OFFICE OF MARILYN KAPLAN

/s/ Marilyn Kaplan
Marilyn Kaplan
Attorney for Defendant

Dated: May 18, 2011                    LEIGH LAW GROUP

/s/ Jay T. Jambeck
Jay T. Jambeck
Attorney for Plaintiff

14 IT IS SO ORDERED.

16 Dated: May 19, 2011                    /s/ MICHAEL J. SENG
                                                       UNITED STATES MAGISTRATE JUDGE