UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. GOEHRING,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br>COLUMBIA COLLEGE,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. CV F 10-0733 LJO MJS<br><br>**ORDER TO DISMISS AND CLOSE** |

On August 15, 2011, Plaintiff filed a stipulation of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   August 16, 2011**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE